ALEXSAM, INC., Plaintiff–Appellee,

v.

INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC., Defendant–Appellant

and

Interactive Communications Inc., Defendant.

No. 2010–1267.

United States Court of Appeals, Federal Circuit.

Dec. 15, 2010.

James J. Foster, Wolf, Greenfield & Sacks, P.C., of Boston, MA, argued for plaintiff-appellee. With him on the brief were Robert M. Abrahamsen and Hunter D. Keeton.

William M. Atkinson, Alston & Bird LLP, of Atlanta, GA, argued for defendant-appellant. On the brief was Robin L. McGrath. Of counsel on the brief was Brian M. Buroker, Hunton & Williams LLP, of Washington, DC.

Before NEWMAN, FRIEDMAN, and LOURIE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.